# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

U.S.A. vs. ALFRED YAZBAK            FILED   Docket No. 3:02CR00306(SRU)

### Petition For Modification of Conditions or Term of Probation/Supervised Release with the Consent of the Offender

2005 FEB 17 P 1:04

U.S. DISTRICT COURT
BRIDGEPORT, CONN

**COMES NOW,** Jose L. Cartagena, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Alfred Yazbak who was sentenced to 24 months for a violation of 18 U.S.C. § 371 and 16 U.S.C. § 3371, Conspiracy to Violate the Lacey Act, and 18 U.S.C. §§ 1001 and 545, False Statements and Smuggling, by the Honorable Alexander Williams, U.S. District Judge for the District of Maryland, who imposed the general terms and conditions theretofore adopted by the Court and also imposed the special conditions and terms as follows: 1) The defendant shall pay a fine of $26,404.00 to the Lacey Act Reward Fund of the U.S. Fish and Wildlife Service, 2) The defendant shall pay restitution in the amount of $23,596.00 (reduced by $7,500) in fifteen monthly installments of $1,073.07 jointly and severally with the co-defendant corporation, Connoisseur Brands, Ltd.

On October 18, 2002, the transfer of jurisdiction in this case was completed, and the case was assigned to Your Honor. Alfred Yazbak began supervision on March 26, 2004.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
Mr. Yazbak satisfied all monetary fine penalties imposed by the Court prior to the start of supervision. He is compliant with all the conditions imposed by the Court. Mr. Yazbak's employment requires travel outside the United States. The Probation Office respectfully requests that the conditions be modified to authorize the Probation Office to approve requests for international business travel.

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve:

X To modify the conditions of supervision as follows: Special Condition: The defendant is authorized to complete international business travel with notification to the U.S. Probation Office no less than 10 days prior to any travel and with the approval of the Probation Office.

**ORDER OF COURT**

Considered and ordered this _17th_
day of February, 2005 and ordered filed and made a part of the records in the above case,

The Honorable Stefan R. Underhill
United States District Judge

Respectfully Submitted,

Jose L. Cartagena
United States Probation Officer

Place: Bridgeport, Connecticut

Date: _February 17, 2005_

PROB 49
(3/89)

# United States District Court

## District of Connecticut

### Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows: Special Condition: The defendant is authorized to complete international business travel with notification to the U.S. Probation Office no less than 10 days prior to any travel and with the approval of the Probation Office.

Witness: _____  Signed: _____
Jose L. Cartagena, U.S. Probation Officer         Probationer or Supervised Releasee

2/11/05
Date